UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| In Re: | Case No. 1:18-bk-10887-SDR |
| RANSOM T JOHNSON, | Chapter 13 |
| DEBTOR(S). | |

**OBJECTION OF OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., QUEST TRUST 2005-X2, ASSET BACKED CERTIFICATES, SERIES 2005-X2 TO CONFIRMATION REGARDING REAL PROPERTY LOCATED AT 214 ABLES ROAD, SOUTH PITTSBURG, TENNESSEE 37380**

COMES NOW, Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2 ("Ocwen Loan Servicing, LLC"), for just cause, and files this written objection to confirmation pursuant to 11 USC 1324.  Ocwen Loan Servicing, LLC objects and asks that a hearing be held and for grounds says that the plan was not made in good faith; that the plan is unfeasible; that the plan lists understated mortgage arrears, with the Creditor being owed arrears in the approximate amount of $19,709.83; that the plan lists understated post-petition installment payments, with the Creditor being owed approximate monthly post-petition installment payments of $725.51; and that the Debtor has been involved in a prior unsuccessful bankruptcy cases, as follows:

1. Case no. 15-14631; Filed 10/22/15, Dismissed 11/15/17

WHEREFORE, PREMISES CONSIDERED, Creditor prays:

1. That confirmation be denied.

2. That Ocwen Loan Servicing, LLC be awarded its attorney fees and costs incurred in this action.

3. For any and all further relief to which it may be entitled.

                Respectfully submitted,

                */s/ Kyle Stewart*
                Kyle Stewart, Attorney for Creditor, Bar # 33796
                kstewart@logs.com |704-831-2341
                Shapiro & Ingle, LLP
                10130 Perimeter Pkwy, Suite 400
                Charlotte, NC 28216
                Phone: 704-333-8107 | Fax: 704-333-8156
                Supervisory Attorney Contact: Bonnie Culp
                bculp@logs.com | 704-249-0065
                Electronic Service Notifications: tnecf@logs.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Objection to Confirmation has been electronically served or mailed, postage prepaid on March 16, 2018

(Electronic Service)
Amelia Roberts
4115 North Terrace
Chattanooga, TN 37411

(Service by US Mail)
Ransom T. Johnson
1025 Frances Springs Road
Jasper, TN 37347

(Service by US Mail)
Kathy Johson
214 Ables Road
South Pittsburg, TN 37380

(Electronic Service)
Kara L. West
P.O. Box 511
Chattanooga, TN 37401

                */s/ Kyle Stewart*

Kyle Stewart, Attorney for Creditor, Bar # 33796
kstewart@logs.com |704-831-2341
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com