**SO ORDERED.**
**SIGNED this 24th day of May, 2019**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

In Re:   Ransom Johnson

Case No.   1:18-bk-10887 SDR

Chapter   13

Debtor

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

This matter having come before the Court pursuant to a Miscellaneous Motion to Approve Loan Modification Agreement filed by Debtor, and the Court, being fully advised, finds that the Motion is not opposed and that the Motion is well taken and it appearing that the loan modification is in the best interest of the Debtor. Therefore, the Motion is hereby GRANTED. The loan modification agreement of the Debtor's mortgage with Ocwen Loan Servicing, a copy of which was attached to the Motion, is hereby approved.

# # #

APPROVED FOR ENTRY

By: s/ Amelia C. Roberts, #022555
Amelia C. Roberts, #022555
Conner & Roberts, PLLC
4115 North Terrace
Chattanooga, TN 37411
(423) 266-2144