Case 1:18-bk-10887-SDR    Doc 151    Filed 08/12/21    Entered 08/12/21 11:08:35    Desc Main Document    Page 1 of 3

**SO ORDERED.**
**SIGNED this 12th day of August, 2021**



THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*/s/ Shelley D. Rucker*
Shelley D. Rucker
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

**In Re:**

**Ransom T. Johnson**                                    **1:18-bk-10887-SDR Chapter 13**

**Debtor.**
_____

**ORDER GRANTING EX PARTE RELIEF FROM THE AUTOMATIC STAY**
_____

This cause came before the court following the Consent Order Granting the Motion to Extend the Automatic Stay [DE #129] and the filed Notice of Default Under Consent Order filed by U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust ("Creditor"), with respect to certain property described as 214 Ables Road, South Pittsburg, Tennessee 37380 [DE #139].

For good cause shown, cause exists for granting the relief requested as a result of the

Debtor's failure to cure the default under the Consent Order.

IT IS THEREFORE ORDERED:

1. That the automatic stay provisions of 11 U.S.C. §362(a) are dissolved;.

2. That Fed. R. Bankr. P. 4001(a)(3) is not applicable, and Creditor may immediately enforce and implement this Order Granting Relief;

3. That relief from the automatic stay will survive conversion to any chapter under Title 11 of the U.S.C;

4. Creditor shall also submit to the Trustee any excess proceeds above Creditor's total secured claim produced from the subsequent foreclosure sale. The Trustee shall apply any excess proceeds above the total secured claim produced from the subsequent foreclosure sale as an additional dividend to the unsecured creditors.

###

APPROVED FOR ENTRY:

/s/ Edward D. Russell
Edward D. Russell (026126)
Attorneys for Secured Claimant
The SR Law Group
PO Box 128
Mt. Juliet, Tennessee 37121
(615) 559-3190
erussell@thesrlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of July 2021, I served a true and correct copy of the foregoing Order Granting Ex Parte Relief from the Automatic Stay by regular mail upon the Debtor, Ransom T. Johnson, 1025 Frances Springs Road, Jasper, TN 37347; counsel for the Debtor, Amelia Roberts, Conner & Roberts PLLC, 4115 North Terrace, Chattanooga, TN 37411, by electronic notice; Kara L. West, Chapter 13 Trustee, P.O. Box 511, Chattanooga, TN 37401, by electronic notice; and electronically to those identified on the CM/ECF system for this case..

*/s/ Edward D. Russell*
Edward D. Russell

Case 1:18-bk-10887-SDR    Doc 151    Filed 08/12/21    Entered 08/12/21 11:08:35    Desc
Main Document    Page 3 of 3