**Fill in this information to identify the case:**

Debtor 1  Ransom T Johnson

Debtor 2

United States Bankruptcy Court for the:    Eastern DISTRICT OF TENNESSEE
                                                                                             (State)

Case number  1:18-bk-10887-SDR

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy Filing that you asset are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy rule 3002.1.

**Name of Creditor:** Ocwen Loan Servicing, LLC as Servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2

**Court Claim No.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account:    XXXXXX4863

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursement or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| **1. Late charges** | | (1) | $0.00 |
| **2. Non-sufficient funds (NSF) fees** | | (2) | $0.00 |
| **3. Attorney's fees** | | (3) | $0.00 |
| **4. Filing fees and court costs** | 10/11/2018 | (4) | $181.00 |
| **5. Post-petition pre-confirmation BK attorney fees** | | (5) | $0.00 |
| **6. Appraisal/broker's price opinion fees** | | (6) | $0.00 |

| | | |
|---|---|---|
| **7. Property inspection fees** | (7) | $0.00 |
| **8. Tax advances (non-escrow)** | (8) | $0.00 |
| **9. Insurance advances (non-escrow)** | (9) | $0.00 |
| **10. Property preservation expenses. Specify** | (10) | $0.00 |
| **11. Other. Specify:** _____ | (11) | $0.00 |
| **12. Other. Specify:** _____ | (12) | $0.00 |
| **13. Other. Specify:**_____ | (13) | $0.00 |
| **14. Other. Specify:**_____ | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2:  Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐  I am the creditor.

☒  I am the creditor's authorized agent. (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X**  _/s/Michael G. Clifford_                                    Date: March 8, 2019
Signature

**Print:**   Michael G. Clifford                              Title  Attorney
First Name    Middle Name    Last Name

Company   Shapiro & Ingle, LLP

Address   10130 Perimeter Parkway, Suite 400
Number    Street

Charlotte, NC 28216
City                              State    ZIP Code

Contact phone   (704)333-8107                              Email: TNECF@logs.com

**COMMITTEE NOTE**

Form 410S2, *Notice of Postpetition Mortgage Fees, Expenses, and Charges,* is amended in the instructions in Part 1 to clarify how to report previously approved fees, expenses, or charges. The following language is added: "If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred." This amended language replaces the prior instruction not to report any amounts previously ruled on by the bankruptcy court.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION**

IN RE:

**RANSOM T JOHNSON**　　　　　　　　　　　　**1:18-bk-10887-SDR**
　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 13**
　　**DEBTOR(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Ransom T. Johnson
1025 Frances Springs Road
Jasper, TN 37347

(Served via Electronic Notification Only)
Amelia Roberts
4115 North Terrace
Chattanooga, TN 37411

(Served via Electronic Notification Only)
Attn: Mortgage Claim Administrator
Kara L. West
P.O. Box 511
Chattanooga, TN 37401

(Served via Electronic Notification Only)
United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street, Fourth Floor
Chattanooga, TN 37402

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

This the 8th day of March, 2019.

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael G. Clifford*
　　　　　　　　　　　　　　　　　　　　　Michael G. Clifford, Attorney for Creditor, Bar # 028691
　　　　　　　　　　　　　　　　　　　　　mclifford@logs.com |704-517-9154
　　　　　　　　　　　　　　　　　　　　　Shapiro & Ingle, LLP
　　　　　　　　　　　　　　　　　　　　　10130 Perimeter Pkwy, Suite 400
　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28216
　　　　　　　　　　　　　　　　　　　　　Phone: 704-333-8107 | Fax: 704-333-8156
　　　　　　　　　　　　　　　　　　　　　Supervisory Attorney Contact: Bonnie Culp
　　　　　　　　　　　　　　　　　　　　　bculp@logs.com | 704-249-0065
　　　　　　　　　　　　　　　　　　　　　Electronic Service Notifications: tnecf@logs.com

09-023374

# Invoice # ▮▮▮▮▮▮▮▮▮▮

**INVOICE DATE:** 10/31/2018

## Invoice Submitted By:
SHAPIRO AND INGLE LLP - Elizabeth Ells
10130
Perimeter Parkway SUITE - 400
CHARLOTTE NC 28216
704-333-8107
Vendor ID # ▮▮▮▮▮

## Order Information:
Order ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Order Date: 10/07/2018
Order Type: Motion for Relief
Loan # ▮▮▮▮▮▮
Property Address: 214 Ables Rd, South Pittsburg, TN 37380

## Invoice Submitted To:
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

## Payment Information:
Confirmation # ▮▮▮▮▮▮▮▮
Method: ACH
Payment Date: 11/06/2018

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB43 | FB4306 | Motion for Relief Filing Costs- (Recoverable from Borrower) | 10/11/2018 | $181.00 |
|   |   |   |   | **Total:** | **$181.00** |

> Motion Filed: 10/11/2018 Referral Rcvd: 10/08/2018 BK
> Filed: 02/28/2018 BK Case #: 1:18-bk-10887-SDR BK
> Chapter: 13

Invoice management powered by:      03/07/2019 09:37:44 UTC Status: Approved

Case Number: 18-BK-10887-SDR

AITNO: Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2